In the Matter of RICHARD F. PLUMMER, Appellant, v JENNIFER M. PLUMMER, Respondent. [893 NYS2d 798]—Appeal from an order of the Family Court, Monroe County (Thomas W. Polito, R.), entered June 4, 2008 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Carni and Pine, JJ.